PER CURIAM.
We issue the writ of certiorari sought herein and quash the order of the trial court on the authority of Container Corp. v. Seaboard Air Line R. Co., 59 So.2d 737 (Fla.1952); Milhet Caterers, Inc. v. North Western Meat, Inc., 185 So.2d 196 (Fla. 3d DCA 1966); Edgar v. Economic Opportunity Legal Services Program, Inc., 230 So.2d 487 (Fla. 3d DCA 1970) and Carbonnel v. American International Pictures, Inc., 313 So.2d 417 (Fla. 3d DCA 1975).
GLICKSTEIN, HURLEY and WALDEN, JJ., concur.